THE HONORABLE THOMAS S. ZILLY

Thomas A. Peppler
Thomas A. Peppler, P.C.
4647 North 32nd Street, Suite B-115
Phoenix, AZ 85018
602.952.0555
State Bar No. 002721
Attorneys for Defendant Warrior Aircraft

04-CV-02189-ORD

David D. Swartling, WSBA # 6972
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA 98104
206.382.1000
Attorneys for Defendant Warrior Aircraft

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MATTHEW J. BREWER, Personal Representative of the Heirs and the Estate of PHILIP TYRONE BREWER; ROBERT DARRELL ROSS AND DIANA ROSS, Co-Personal Representatives of the Heirs and the Estate of SONDRA NOEL BREWER,<br><br>Plaintiffs,<br><br>v.<br><br>DODSON AVIATION; DODSON INTERNATIONAL PARTS; ROBERT D. BOWERS; BURKDOLL CONSTRUCTION, LLC; CLINT BURKDOLL; DALE M. GUIMOND; AERO ACCESSORIES, INC.; PARKER HANNIFIN, INC.; WARRIOR ENTERPRISES, INC. dba ARIZONA AIRCRAFT ACCESSORIES AND PARTS, and dba PRECISION MANUFACTURED AIRCRAFT PARTS, LLC; ARIZONA AIRCRAFT ACCESSORIES AND PARTS; and PRECISION MANUFACTURED AIRCRAFT PARTS, LLC,<br><br>Defendants. | NO.  CV 04-2189 Z<br><br>ORDER GRANTING WARRIOR ENTERPRISES, INC., DBA ARIZONA AIRCRAFT ACCESSORIES AND PARTS, AND DBA PRECISION MANUFACTURED AIRCRAFT PARTS, LLC; ARIZONA AIRCRAFT ACCESSORIES AND PARTS; AND PRECISION MANUFACTURED AIRCRAFT PARTS, LLC'S MOTION FOR SUMMARY JUDGMENT |

ORDER GRANTING WARRIOR ENTERPRISES, INC., ET AL'S
MOTION FOR SUMMARY JUDGMENT- 1
(04-2189 Z)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

THIS MATTER came before the Court on Warrior Enterprises, Inc., dba Arizona Aircraft Accessories and Parts, and dba Precision Manufactured Aircraft Parts LLC; Arizona Aircraft Accessories and Parts; and Precision Manufactured Aircraft Parts, LLC's Motion for Summary Judgment. The Court considered the files and pleadings herein, including the following:

1. Motion for Summary Judgment of Dismissal by the Warrior defendants;

2. Declaration of Thomas A. Peppler in Support of Motion for Summary Judgment of Dismissal by Warrior defendants (including Exhibit A (Letter of Agreement signed on February 22, 2006, dated February 22, 2006) and Exhibit B (Declaration of Myron Brown, dated March 10, 2206));

3. Plaintiffs Brewers et al.'s Response to and Cross-Motion for Summary Judgment of Dismissal of Warrior defendants;

4. Declaration of Louis S. Franecke in Response to and in Support of Cross-Motion for Summary Judgment of Dismissal of Warrior defendants;

5. Amended Declaration of Thomas A. Peppler in Support of Motion for Summary Judgment of Dismissal of Warrior defendants (and Exhibits A and B thereto);

6. Defendant Parker Hannifin Corporation's Response to Warrior defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment of Dismissal of the Warrior defendants.

Because there are no genuine issues of material fact, it is hereby         Dkt. no. 74,

ORDERED that the Warrior defendants' Motion for Summary Judgment, is GRANTED and the following parties are dismissed with prejudice:

1.     Warrior Enterprises, Inc., dba Arizona Aircraft Accessories and Parts, and dba Precision Manufactured Aircraft Parts, LLC;

ORDER GRANTING WARRIOR ENTERPRISES, INC., ET AL'S
MOTION FOR SUMMARY JUDGMENT- 2
(04-2189 Z)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

2.   Arizona Aircraft Accessories and Parts; and

3.   Precision Manufactured Aircraft Parts, LLC.

DATED this \_\_31st\_\_ day of \_\_May\_\_, 2006.

_____
Judge Thomas S. Zilly

Presented By:

MILLS MEYERS SWARTLING
Attorneys for Defendant
Warrior Enterprises, Inc.


By: _____
David D. Swartling
WSBA No. 6972
dswartling@mms-seattle.com

ORDER GRANTING WARRIOR ENTERPRISES, INC., ET AL'S
MOTION FOR SUMMARY JUDGMENT- 3
(04-2189 Z)

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343